## WALBER GONZALEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Walber Gonzalez' petition for certification for appeal from the Appellate Court, 87 Conn. App. 744 (AC 24073), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided April 21, 2005

## PETER LARSON *v.* MATILDE LARSON

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 905 (AC 24313), is denied.

*Peter Larson,* pro se, in support of the petition.

*Brenden P. Leydon,* in opposition.

Decided April 21, 2005